-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHNATHAN JOHNSON, 89-A-1042,

       Plaintiff,

   -v-

GLENN S. GOORD, Commissioner of D.O.C.S.;
MICHAEL MCGINNIS, Superintendent of
Southport Correctional Facility; ANGELA BARTLETT;
THOMAS EAGEN; P. CORCORAN; and ANTHONY
ANNUCCI, Department Counsel,

       Defendants.

DECISION AND ORDER
05-CV-6084L

---

By order filed February 28, 2005, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed Plaintiff to submit the civil filing fee by April 8, 2005 or the action would be dismissed.

Plaintiff has failed to comply with the Court's order or seek relief therefrom. Accordingly, this action hereby is dismissed.

IT IS SO ORDERED.

                                            DAVID G. LARIMER
                                            United States District Judge

DATED: April 28, 2005
            Rochester, New York